IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:18-cr-260 |
| ELIZABETH KITCHENS, | |
| Defendant. | |

**O R D E R**

Presently before the Court is the United States' Motion to Dismiss Defendant Elizabeth Kitchens' Motion to Reduce Sentence. (Doc. 1366.) The Court **DIRECTS** Defendant to file a response to the United States' Motion within **thirty (30) days** of today's date. Defendant is forewarned that if she does not file a response within thirty days, the Court will dismiss her motion to reduce sentence for failure to prosecute. The Court **DIRECTS** the Clerk of Court to mail a copy of the Government's Motion to Dismiss to the Defendant along with this Order.

**SO ORDERED**, this 26th day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA